# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KWAME T. TINCH<br><br>v.<br><br>JONATHAN LAZARO et al. | CIVIL ACTION<br><br>NO. 20-5563 |
|---|---|

## ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this 26th day of May, 2022, for the reasons stated in the foregoing Memorandum and upon careful consideration of Defendants Jonathan Lazaro, Christopher Houpt, and Ralph Conte's Motion for Summary Judgment (ECF 33), Plaintiff Kwame T. Tinch's Response (ECF 37), and Defendants' Reply (ECF 39), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-5563 Tinch v Lazaro\20cv5563 Order re MSJ.docx